No. 81–5871. FORD v. KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Johnson*, 457 U. S. 537 (1982).

No. 81–6225. GILMORE v. PENNSYLVANIA. Sup. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Johnson*, 457 U. S. 537 (1982).

No. A–1039. WEIGANG v. SMITH, ATTORNEY GENERAL (No. 81–6915); and IN RE WEIGANG (No. 81–6916). Application for injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–1041. MONEX INTERNATIONAL LTD. ET AL. v. COMMODITY FUTURES TRADING COMMISSION ET AL. C. A. 6th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied. JUSTICE REHNQUIST took no part in the consideration or decision of this application.

No. A–1075. AMERICAN LAUNDRY PRESS CO. ET AL. v. OK NYO REXRODE. D. C. Kan. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. 81–1095. MORRIS, WARDEN v. SLAPPY. C. A. 9th Cir. [Certiorari granted, 456 U. S. 904.] Motion of National Legal Aid and Defender Association for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied.

No. 81–1114. ILLINOIS v. ABBOTT & ASSOCIATES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 455 U. S. 1015.] Motion of the Solicitor General for divided argument granted.